```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UFCW LOCAL 50 PENSION FUND and Its Trustees,

               Plaintiff,

-against-

GOLDEN D BRAND MEAT PRODUCTS LTD. d/b/a NEW YORK ONE LLC and JOHN DOE COMPANIES 1-99,

               Defendants.

1:20-cv-2529-MKV

ORDER ADJOURNING DEFAULT JUDGMENT HEARING

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Default Judgment Hearing scheduled for September 29, 2020, at 11:30AM is ADJOURNED to **September 29, 2020, at 3:30 PM**. Attendees are directed to call the Court's teleconference line at 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844. The Court will join once all of the parties are on the line.

    It is FURTHER ORDERED that Plaintiff should serve a copy of this Order on Defendants on or before **September 25, 2020**, and file proof of such service on ECF on or before **September 28, 2020**.

**SO ORDERED.**

Date: September 24, 2020
New York, NY

_(signed)_ Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**