USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/24/2020



Michael S. Adler, Partner
Tel:    212.356.0251
Fax:   646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

September 24, 2020

By Electronic Case Filing

Honorable Mary Kay Vyskocil
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Plaintiffs' request for an adjournment is GRANTED.  The Default Judgment Hearing Scheduled for September 29, 2020, at 3:30 PM is HEREBY ADJOURNED to October 20, 2020, at 12:00 PM.
>
> IT IS HEREBY ORDERED that Plaintiffs shall serve a copy of this Order on Defendants on or before October 2, 2020, and file proof of such service via ECF on or before October 9, 2020.
>
> Date: 09/24/2020
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Re:   UFCW Local 50 Pension Fund, et al. v. Golden D Brand
      Meat Products Ltd., et al., Civil Action No. 1:20-cv-02529-MKV

Dear Judge Vyskocil:

We represent the Plaintiffs in the above-referenced matter.

We respectfully request a two week adjournment of the default motion hearing currently scheduled for September 29, 2020 at 3:30 p.m.  We have notified defense counsel of the request, and have received no objection.  The reason for the request is that the parties have tentatively agreed on settlement, and are now awaiting signature of the agreed-upon settlement documents.  Barring unexpected circumstances, we believe that the documents will be fully executed and filed with the Court within the next two weeks.  Should settlement unexpectedly not be finalized, we will notify the Court.

Accordingly, we make this request and thank the Court for its consideration.

Respectfully submitted,

*Michael S. Adler*

Michael S. Adler

MSA:vlf
cc by email:
    Andrew Hoffmann, Esq.
    Tram LoPresto, Esq.

9549102.1